IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

**JERIMIAH COLLINS**                                   05-20107-D

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is unable to obtain private counsel and requested appointment of counsel. The defendant qualified for appointed counsel and the Court appointed counsel from the Criminal Justice Act Panel. (FPD)

It is therefore ORDERED that the time period of _May 11, 2005_ through _May 17, 2005_ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO** _May 18th_ **AT 9:30 A.M. BEFORE MAGISTRATE JUDGE** _Anderson_.

This _11th_ day of _May_, 2004.

_____
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5/12/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20107 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT