IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 05-20107-D

JERIMIAH COLLINS,

    Defendant.

---

ORDER GRANTING
MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE PRETRIAL MOTIONS

---

THIS CAUSE having come before this Court upon the petition of the defendant, Jerimiah Collins, for a sixty-day extension of time in which to prepare and file pretrial motions; and the Court having found good cause therefore, GRANTS the motion.

The defendant is permitted an additional sixty days, or until August 16, 2005, in which to file any pretrial motions.

6-30-2005
DATE

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20107 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT