IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 23 PM 1:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Cr. No. 05-20107-D

JERIMIAH COLLINS,

    Defendant.



## MOTION TO CONTINUE HEARING

COMES NOW the defendant herein, Jerimiah Collins, through appointed counsel, April R. Goode, Assistant Federal Defender, and moves this Honorable Court to continue the hearing of his motion to suppress evidence, now set for Monday, September 26, 2005, at 2:15 p.m.

In support whereof, undersigned counsel advises the Court that settlement negotiations are in progress which may render hearing of the motion to suppress evidence unnecessary. Additional time, or until the Court's next report date of Thursday, October 27, 2005, would allow the parties to complete negotiations.

The United States, in the person of Assistant United States Attorney Katrina Earley, does not object to this request.

WHEREFORE, defendant Jerimiah Collins respectfully moves to continue the hearing of his motion to suppress evidence, and allow him to report to the Court on Thursday, October 27, 2005.

**MOTION GRANTED**
DATE: 9-23-05

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

Respectfully submitted,

_____
APRIL R. GOODE
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Continue Hearing has been forwarded to Ms. Katrina Earley, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 23rd day of September, 2005.

_____
APRIL R. GOODE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20107 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT