PS 8
(8/88)

FILED BY /BK/ D.C.

# United States District Court
for
## Western District of Tennessee

05 DEC 12 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Jerimiah Collins**                                    **Docket No. 05-20107-001-D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Jake N. Bookard, II** presenting an official report upon the conduct of **Jerimiah Collins** who was placed under pretrial release supervision by the **Honorable Diane K. Vescovo** sitting in the court at **Memphis, on the 2nd day of May, 2005** under the following conditions:

1. Report as directed by the Pretrial Services Office
2. Refrain from possessing a firearm, destructive device, or other dangerous weapon
3. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance
4. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
5. Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

### Please see the attached sheet

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

BOND RECOMMENDATION: **NONE**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 12th day of December, 2005 and ordered filed and made a part of the records in the above case.<br><br>/s/ Diane K. Vescovo<br>U.S. Magistrate Judge | Executed on December 7, 2005<br><br>/s/ Jake N. Bookard, II<br>U.S. Pretrial Services Officer<br><br>Place         Memphis, TN |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/13/05_

U.S.A vs. Jerimiah Collins                                             Docket No.05-20107-001-D

Defendant Collins was discharged from the Alcohol and Chemical Abuse Rehab Center, Inc. on December 6, 2005, for noncompliance. **The above is in violation of his condition of release that he participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services.**

As previously reported, on October 27, 2005, the defendant submitted a urine specimen that was positive for marijuana. On October 14, 2005, Mr. Collins signed a voluntary admission of illegal drug use indicating that he used marijuana on or about September 30, 2005. The defendant previously tested positive for marijuana on a urinalysis test conducted May 9, 2005. However that positive test result could be attributed to use prior to being placed on pretrial supervision. All of the defendant's positive test results were confirmed by Kroll Laboratories. **The above is in violation of the defendant's condition of release that he refrain from any use or unlawful possession of a narcotic drug or other controlled substance.** On August 6, 2005, Defendant Collins was charged with Driving While License S/R/C (booking # 05639328) by the Memphis Police Department. Mr. Collins was previously charged with Driving While License S/R/C (booking# 05622465) on May 9, 2005. On November 23, 2005, bench warrants were issued for the defendant in the above cases and they have been re-set to May 23, 2006. **The above is in violation of Mr. Collins' condition of release that he not commit any offense in violation of federal, state or local law while on release in this case.**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20107 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT